UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JOSE RAMIREZ,

Plaintiff,

v.

RIALTO POLICE DEPARTMENT *et al.*,

Defendants.

Case No. 5:23-cv-01491-CV (ACCVx)

**ORDER GRANTING STIPLUATION RE DISMISSAL OF ENTIRE ACTION**

**[DOC. # 77]**

On May 19, 2026, the parties filed a Stipulation Re Dismissal of Entire Action. Doc. # 77 ("Stipulation"). The parties seek dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). *Id.* at 2.

The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the above-entitled action is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: 8/26/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE